IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                                                                     Civil No. 07-5172

$28,623.26 in UNITED STATES CURRENCY,
        Defendant.

## CONSENT DECREE OF FORFEITURE

On October 5, 2007, a Verified Complaint of Forfeiture was filed on behalf of the plaintiff, United States of America, against the defendant currency. The complaint alleges that the defendant currency is subject to forfeiture pursuant to 8 U.S.C. § 1324 as it was proceeds of, or property traceable to, a violation of 8 U.S.C. §§ 1324 (a)(1)(A)(iii) and 1324 (a)(1)(B)(I); or to enforce the provisions of 18 U.S.C. § 981(a)(1)(C), which provides for the forfeiture of any property constituting or derived from proceeds traceable to a violation of a specified unlawful activity defined in 18 U.S.C. § 1956(c)(7), which includes any act constituting an offense listed in 18 U.S.C. § 1961(1), namely any act which is indictable under the Immigration and Nationality Act.

It appearing that process was fully issued in this action and returned according to law:

1. The Bureau of Immigration and Customs Enforcement for this district seized said currency on May 21, 2007.

2. On November 2, 2007, Honorato Pedroza and Gema Rivera received personal service by the Bureau of Immigration and Customs Enforcement. An Answer was filed on behalf of Honorato Pedroza on November 13, 2007, and a Verified Statement of Interest was filed on November 16,

2007. Gema Rivera has failed to file a timely answer and is hereby in default.

3. On November 7, 14, and 21, 2007, notice of this action was published in the <u>Arkansas Democrat Gazette</u> newspaper. No other claims have been filed.

4. The defendant currency is in the amount of $28,623.26.

IT IS HEREBY ORDERED, DECREED, and ADJUDGED that:

(1) Pursuant to the agreement of the parties, $24,623.26 of the United States currency is hereby forfeited to the United States of America to be disposed of according to law after deducting its costs of this action.

(2) The balance of the currency, that being $4,000.00, is to be returned to Claimant Honorato Pedroza through his attorney.

(3) The parties are to bear their own costs.

IT IS SO ORDERED this 11th day of August, 2008.

    /s/ Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
CHIEF U.S. DISTRICT JUDGE


APPROVED:

/s/David R. Ferguson
David R. Ferguson
Assistant U.S. Attorney for Plaintiff


/s/R. Jeff Conner
R. Jeff Conner
Attorney for Claimant, Honorato Pedroza